UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEYWANIE S. BRIDGEWATER,

        Plaintiff,

   v.

JOSEPHINUM BUILDING STAFF, et al.,

        Defendants.

Case No. C23-1594-TL

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 5, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 30th day of October, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1